

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-15-00011-CV

**IN THE INTEREST OF A.V. AND A.V.,** Children,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-17414
Honorable Gloria Saldana, Judge Presiding

## CORRECTED ORDER

      The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED.  Time is extended to June 22, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:        Yvonne Trevino            Jessica Leigh Lambert
           Law Office Yvonne J. Trevino    The Lambert Law Firm
           5545 Fredericksburg Rd, Suite 210   118 E. Ashby Place
           San Antonio, TX 78229-3574      San Antonio, TX 78212